1  **THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
2  **Sherman Oaks, California 91403-3221**
**(818) 205-9955; (818) 205-9944 Fax**
3  JOHNNA J. HANSEN, ESQ. SBN 112631
e-mail: jhansen@tharpe-howell.com
4  MICHAEL H. LEE, ESQ. SBN 199228
e-mail: mlee@tharpe-howell.com

6  Attorneys for Plaintiffs, FRED LEEDS, INDIVIDUALLY
AND AS TRUSTEE OF THE FREDERICK LEEDS
7  INTERVIVOS TRUST DBA FRED LEEDS PROPERTY
MANAGEMENT; AND DAVID OVED, INDIVIDUALLY
8  AND AS TRUSTEE OF THE OVED FAMILY TRUST

9              UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEEDS, INDIVIDUALLY AND AS TRUSTEE OF THE FREDERICK LEEDS INTERVIVOS TRUST DBA FRED LEEDS PROPERTY MANAGEMENT; AND DAVID OVED, INDIVIDUALLY AND AS TRUSTEE OF THE OVED FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTTSDALE INSURANCE COMPANY and DOES 1 through 100, inclusive <br><br> Defendant. | CASE NO. CV10-05123-CAS (VBKx) <br> [Judge Christina H. Snyder, CTRM. 5] <br><br> (LASC Case No. BC 439542) <br><br> **ORDER FOR STIPULATED PROTECTIVE ORDER** |

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -
[Proposed] Order for Stipulated Protective Order - CV10-05123

**ORDER**

Pursuant to the Stipulated Protective Order entered into by and between the parties, and **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: January 13, 2012

/s/
Honorable Victor B. Kenton
United States Magistrate Judge

O:\VBK\Review\CV 10-5123 LEEDS [Proposed] Order to Stipulated Protective Order.wpd

THARPE & HOWELL LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221