STEPHEN J. BEATON, SBN 170821
THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
Tel: (818) 205-9955
Fax: (818) 205-9944
Email: sbeaton@tharpe-howell.com

ATTORNEY FOR PLAINTIFFS FRED LEEDS INDIVIDUALLY AND AS TRUSTEE OF THE FREDERICK LEEDS INTERVIVOS TRUST DBA FRED LEEDS PROPERTY MANAGEMENT; AND DAVID OVED INDIVIDUALLY AND AS TRUSTEE OF THE OVED FAMILY TRUST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FRED LEEDS, INDIVIDUALLY AND AS TRUSTEE OF THE FREDERICK LEEDS INTERVIVOS TRUST DEBA FRED LEEDS PROPERTY MANAGEMENT; AND DAVID OVED, INDIVIDUALLY AND AS TRUSTEE OF THE OVED FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendant. | CASE NO.: CV10-05123 CAS(VBKx)<br>Assigned to: Hon. Christina H. Snyder<br>Courtroom: 5<br><br>**ORDER RE DISMISSAL**<br><br>[CD CA Rule 16-14.7] |

TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

The court received and reviewed the respective parties' Stipulation for Dismissal (filed 7/13/12), and therefore orders the dismissal of this action with prejudice in accordance with FRCP 41(a)(1).

Dated: July 23, 2012

_____
The Hon. Christina A. Snyder